**Opinion issued July 19, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-11-00127-CV

_____

## JOSE MARCOS HERNANDEZ AND ADRIANA G. HERNANDEZ, Appellants

## V.

## WIZ INVESTMENTS, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 980384**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 7, 2011. On June 6, 2012, the parties filed a joint motion to dismiss the appeal, with costs to be taxes against appellants. *See* TEX. R. APP. P. 42.1. No opinion has issued.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(e). We dismiss any other pending motions as moot. The parties have requested that the mandate be issued early. *See* TEX. R. APP. P. 18.1(c). Accordingly, the Clerk is directed to issue the mandate within 10 days of the date of this opinion.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.